UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, et al.,<br><br>      Debtors and Debtors-in-Possession. | Chapter 11<br>Case No. 03-51524 (KCF)<br>Jointly Administered |
| CONGOLEUM CORPORATION, Debtor-in-Possession,<br><br>      Plaintiff,<br><br>   v.<br><br>ARTHUR J. PERGAMENT, as the Collateral Trustee of the Collateral Trust, on behalf of Claimants Holding Claims in Class 2 – Secured Asbestos Claims of Qualified Pre-Petition Settlement Claimants and Class 3 – Secured Asbestos Claims of Qualified Participating Claimants,<br><br>JOSEPH F. RICE, MOTLEY RICE LLC,<br><br>PERRY WEITZ, WEITZ & LUXENBERG, P.C.,<br><br>and<br><br>ALL DEFENDANTS LISTED ON EXHIBITS 1 THROUGH 92 TO THE COMPLAINT.<br><br>      Defendants. | Adv. Proc. No. 05-06245 |

**PLAINTIFF'S NOTICE OF APPEAL**

      Plaintiff Congoleum Corporation, pursuant to 28 U.S.C. § 158(a), in accordance with Rule 8002 of the Federal Rules of Bankruptcy Procedure, by its undersigned counsel, hereby gives notice that it is appealing the Order Denying Summary Judgment to Debtors and Granting

500209860v1

Summary Judgment in Favor of Defendants on Counts XVII, XVIII, XIX and XX, dated January 24, 2008 (the "Order") (ECF Doc. No. 266) by the Honorable Kathryn C. Ferguson, United States Bankruptcy Court for the District of New Jersey, in the above-captioned adversary proceeding (the "Adversary Proceeding").  The Order was entered on the Adversary Proceeding's docket on January 25, 2008.  On February 1, 2008, the Official Committee of Bondholders filed its Notice of Appeal with respect to the Order (ECF Doc. No. 274).

The parties to the Order appealed from and the names, addresses and telephone numbers of their respective counsel are attached hereto as Exhibit A.

Dated:  February 4, 2008                     Respectfully submitted,

                                           **OKIN, HOLLANDER & DELUCA, L.L.P.**
                                           /s/ Gregory S. Kinoian_____
                                           One Parker Plaza
                                           Fort Lee, New Jersey 07024
                                           (201) 947-7500
                                           Paul S. Hollander (PH-2681)
                                           Gregory S. Kinoian (GK-7386)

                                           And

                                           **PILLSBURY WINTHROP SHAW PITTMAN LLP**
                                           1540 Broadway
                                           New York, New York 10036
                                           (212) 858-1000
                                           (212) 858.1500 Fax
                                           Richard L. Epling (*pro hac vice* admission)
                                           Kerry A. Brennan (*pro hac vice* admission)

                                           Attorneys for Congoleum Corporation, et al., Debtors and Debtors-in-Possession

500209860v1

# Exhibit A

| Party | Represented By |
|---|---|
| Congoleum Corporation, <u>et al.</u>, Debtors and Debtors-in-Possession | Okin, Hollander & DeLuca, LLP<br>Gregory S. Kinoian, Esq.<br>James DeLuca, Esq.<br>Paul S. Hollander, Esq.<br>One Parker Plaza<br>Fort Lee, NJ 07024<br>201-947-7500<br>gkinoian@ohdlaw.com<br><br>Pillsbury Winthrop Shaw Pittman, LLP<br>Richard Epling, Esq.<br>Kerry Brennan, Esq.<br>Karen Dine, Esq.<br>1540 Broadway<br>New York, NY 10036<br>212-858-1000<br>richard.epling@pillsburylaw.com |
| Official Committee of Bondholders | Teich Groh<br>Michael A. Zindler<br>691 State Highway 33<br>Trenton, NJ 08619<br>609-890-1500<br>mzindlerTGFZ@aol.com<br><br>Akin Gump Strauss Hauer & Feld, LLP<br>Michael Stamer, Esq.<br>590 Madison Ave.<br>New York, NY 10022<br>212-872-1000<br>mstamer@akingump.com<br><br>Akin Gump Strauss Hauer & Feld, LLP<br>James R. Savin, Esq.<br>Michele A. Roberts, Esq.<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036<br>202-887-4000<br>jsavin@akingump.com |

| Party | Represented By |
|---|---|
| United States Trustee | Office of the United States Trustee<br>Martha Hildebrandt, Esq.<br>Mitchell B. Hausman, Esq.<br>One Newark Ctr.<br>Suite 2100<br>Newark, NJ 07102<br>973-645-3660<br>Mitchell.B.Hausman@usdoj.gov |
| Future Claimants | Forman Holt Eliades & Ravin LLC<br>Stephen B. Ravin, Esq.<br>80 Route 4 East<br>Suite 290<br>Paramus, NJ 07652<br>201-845-1000<br>sravin@formanlaw.com<br><br>Orrick Herrington & Sutcliffe LLP<br>Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Jonathan P. Guy, Esq.<br>1152 15th Street, NW<br>Washington, DC 20005<br>202-339-8400<br>jguy@orrick.com |
| Arthur J. Pergament | Bruce Levitt<br>Levitt & Slafkes, P.C.<br>76 S. Orange Ave., Ste. 305<br>South Orange, NJ 07079<br>973-313-1200<br>levitt-slafkes@psinet.com |
| Joseph F Rice | Bruce Levitt<br>(See above for address) |
| Motley Rice LLC | Bruce Levitt<br>(See above for address) |
| Perry Weitz | Bruce Levitt<br>(See above for address) |
| Weitz & Luxenberg, P.C. | Bruce Levitt<br>(See above for address) |

2

500209860v1

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 3, 5, 8, 10, 12, 13, 19, 22, 30, 32, 39, 41, 49, 51, 61, 64, 69, 76, 77, 81, 83, 86, 88, & 90 | Van J. Hooker<br>Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75214<br>214-969-4920<br>hooker@sbep-law.com |
| 1 | Baggett, McCall, Burgess, Watson & Gaughan<br>3006 Country Club Road<br>P.O. Drawer 7820<br>Lake Charles, Louisiana 70606-7820<br>337-478-8888<br>jgaughan@baggettmccall.com |
| 2 | Barton & Williams, P.A.<br>3007 Magnolia Street<br>Pascagoula, MS 39567<br>228-769-1989<br>harvey@bartonandwilliams.com |
| 3 | Belluck & Fox, LLP<br>295 Madison Avenue, 37th Floor<br>New York, NY 10017<br>212-681-1575<br>bfitzpatrick@belluckfox.com |
| 4 | The Boechler Law Firm<br>1120 28th Ave., N., Ste. A<br>P.O. Box 1932<br>Fargo, ND 58107-1932<br>701-237-3071<br>lboec@aol.com |
| 5 | Brayton Purcell LLP<br>222 Rush Landing Road<br>PO Box 6169<br>Novato, CA 94948–6169<br>415-898-1555<br>cskubic@braytonlaw.com |

3

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 6 | Brown & Gould<br>7700 Old Georgetown Rd., Suite 500<br>Bethesda, MD 20814<br>301-718-4548<br>dbrown@brownandgould.com |
| 7 | Cheryl L. White & Associates<br>1136 Ballena Blvd<br>Alameda, CA 94501<br>510-523-4111<br>cboggs@bcoonlaw.com |
| 8 | Cooney & Conway<br>120 N Lasalle St., Suite 3000<br>Chicago, IL 60602-2415<br>312-236-6166<br>kbyrne@cooneyconway.com |
| 9 | David C. Thompson<br>321 Kittson Avenue<br>P.O. Box 5235<br>Grand Forks, North Dakota 58201<br>1-800-704-7012<br>dct@rrv.net |
| 10 | David M. Lipman, P.A.<br>5901 South West 74th St., Suite 304<br>Miami, Florida 33143<br>305-662-2600<br>arivero@davidlipmanlaw.com |
| 11 | Ferraro & Associates, P.A.<br>4000 Ponce de Leon Blvd., Suite 700<br>Miami, Florida 33146<br>305-375-0111<br>daj@ferrarolaw.com |
| 12 | Heard, Robins, Cloud & Lubel, LLP<br>3800 Buffalo Speedway, 5th Floor<br>Houston, Texas 77098<br>713-650-1200<br>icloud@heardrobins.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 13 | Hissey, Kientz & Herron, P.L.L.C.<br>16800 Imperial Valley Drive<br>Suite 130<br>Houston, Texas 77060<br>888-237-5798<br>wyman@hkhlaw.com |
| 14 | The Kaeske Law Firm<br>1301 W. 25th Street, Suite 406<br>Austin, Texas 78705<br>512-366-7300<br>mkaeske@kaeskelaw.com |
| 15 | Kelley & Ferraro, LLP<br>2200 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114<br>216-575-0777<br>twilson@kelley-ferraro.com |
| 16 | Landye Bennett Blumstein LLP<br>1300 Southwest Fifth Avenue, Suite 3500<br>Portland, Oregon 97201<br>503-224-4100<br>jgabler@landye-bennett.com |
| 17 | Law Offices of James Hession PLLC<br>202 N. Saginaw Street<br>St. Charles, Michigan 48655<br>989-865-8298<br>attyjbartkus@charterinternet.com |
| 18 | Levy, Phillips & Konigsberg<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>212-605-6200<br>slevy@lpklaw.com |
| 19 | Motley Rice LLC<br>Post Office Box 1792<br>Mount Pleasant, SC 29465<br>843-216-9000<br>jrice@motleyrice.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 20 | Mundy & Singley, LLP<br>816 Congress Avenue, Suite 1670<br>Austin, Texas 78701<br>866-694-2816<br>cissy@mundysingley.com |
| 21 | Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, Texas 75638<br>903-645-7333<br>klangston@nixlawfirm.com |
| 22 | Paul, Hanley & Harley LLP<br>1608 Fourth Street, Suite 300<br>Berkeley, CA 94710<br>510-559-9980<br>jbryant@phhlaw.com |
| 23 | Porter & Malouf<br>825 Ridgewood Road<br>Ridgeland, MS 39157<br>601-957-1173<br>patrick@portermalouf.com |
| 24 | Robert S. Fink, P.C.<br>6404 Wilshire Blvd, Suite 1001<br>Los Angeles, CA 90048<br>323-653-3030<br>rsflaw2000@yahoo.com |
| 25 | Rose, Klein & Marias<br>801 S. Grand Avenue, 11th Floor<br>Los Angeles, CA 90017<br>213-626-0571<br>swaterstreet@rkmlaw.com |
| 26 | Sales Tillman Walbaum Catlett<br>1900 Waterfront Plaza<br>325 West Main Street<br>Louisville, Kentucky 40202<br>502-589-5600<br>jsatterley@stwlaw.com |

500209860v1

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 27 | Scott & Scott, Ltd.<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br>sharon@air2lan.net |
| 28 | Shivers, Speilberg, Gosnay & Greatrex<br>Cherry Hill Plaza<br>1415 Route 70 East, Suite 210<br>Cherry Hill, NJ 08034<br>856-616-8080<br>ggreatrez@sgglawfirm.com |
| 29 | Sieben, Polk, Laverdiere & Dusich<br>1640 South Frontage Road, Suite 200<br>Hastings, MN 55033<br>651-437-3148<br>mpolk@siebenpolklaw.com |
| 30 | SimmonsCooper LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>rphillips@simmonscooper.com |
| 31 | The Wartnick Law Firm<br>450 Sansome Street, 3rd Floor<br>San Francisco, CA 94111<br>415-986-5566<br>medwards@wartnicklaw.com |
| 32 | Weitz & Luxenberg, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038<br>lbusch@weitzlux.com<br>pweitz@weitzlux.com |
| 33 | Bilbrey & Hylla, P.C.<br>8724 Pin Oak Road<br>Edwardsville, IL 62025<br>618-692-8105<br>mike@bilbreyhyllalaw.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 34 | Lynch, Keefe & Bartels<br>830 Broad Street<br>Shrewsbury, NJ 07702<br>732-224-9400<br>pbartels@lkblaw.com |
| 35 | Hartley & O'Brien<br>2001 Main St., Suite 600<br>Wheeling, WV 26003<br>304-233-0777<br>ljames@hartleyobrien.com |
| 36 | Not Represented by Counsel<br><br>Yolanda Laforge<br>28 Howard Place<br>Speonk, NY 11972<br><br>D. Tucker<br>78 Eagle Circle<br>Pleasant Valley, NY 12569<br><br>Juan Francisco Adame<br>PO Box 380365<br>Duncanville, TX 75138<br><br>Darlene Rose Rodriguez<br>8030 Broadway, Apt 101D<br>San Antonio, TX 78209<br><br>Marcia Hughes<br>PO Box 76H<br>Hiram, ME 04041 |
| 37 | Anapol, Schwartz, Weiss, Cohan, Feldman and Smalley, P.C.<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>1-866-735-2792<br>hlipson@anapolschwartz.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 38 | Ashcraft & Gerel, LLP<br>Suite 1212<br>10 E. Balt. Street<br>Baltimore, MD 21202<br>410-539-1122<br>dlayton@ashcraftlaw.com |
| 39 | Baron & Budd P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>214-521-3605<br>cmancuso@baronbudd.com |
| 40 | The Law Offices of Matthew Bergman<br>614 1st Avenue, 4th Floor<br>Seattle, Washington 98104<br>206-957-9510<br>matt@bergmanlegal.com<br>ulla@bergmanlegal.com |
| 41 | Brent Coon and Associates<br>3550 Fannin<br>Beaumont, Texas 77701<br>409-835-2666<br>lori.slocum@bcoonlaw.com |
| 42 | Brookman, Rosenberg, Brown, Sandler<br>30 South Fifteenth Street<br>Philadelphia, Pennsylvania 19102<br>1-877-760-9890<br>csandler@brbs.com |
| 43 | Brown, Terrell, Hogan, Ellis, McClamma & Yegelwell P.A.<br>Blackstone Building<br>233 East Bay St., 8th Floor<br>Jacksonville, FL 32202<br>904-722-2228<br>pryor@terrellhogan.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 44 | Campbell, Cherry, Harrison, Davis & Dove, P.C.<br>5 Ritchie Road<br>Waco, TX 76712<br>254-761-3300<br>sheila@thetriallawyers.com<br><br>Stark & Stark – A Professional Corporation<br>993 Lennox Drive, Bldg. 2<br>P.O. Box 5315<br>Princeton, NJ 08543-5315<br>609-896-9060<br>tduggan@stark-stark.com |
| 45 | The Carlile Law Firm<br>400 South Alamo Blvd.<br>Marshall, TX. 75670 903-938-1655<br>dcarlile@carlilelawfirm.com |
| 46 | The Cascino Vaughan Law Offices, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>312-944-0600<br>shenry@cvlo.com |
| 47 | Clapper and Patti<br>2330 Marinship Way, Suite 140<br>Sausalito, California 94965<br>415-332-4262<br>steve@clapperlaw.com |
| 48 | Climaco Lefkowitz Peca Wilcox<br>55 Public Square, Suite 1950<br>Cleveland, Ohio 44113<br>216-621-8484<br>japeca@climacolaw.com |
| 49 | The David Law Firm<br>10655 Six Pines Drive, #260<br>The Woodlands, TX 77380<br>281-296-9090<br>info@thedavidlawfirm.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 50 | Donaldson & Black, P.A.<br>208 W. Wendover Avenue<br>Greensboro, NC 27401<br>336-273-3812<br>jwblack@wardblacklaw.com |
| 51 | Early, Ludwick, Sweeney & Strauss<br>360 Lexington Ave., 20th Floor<br>New York, NY 10017<br>212-986-2233<br>eearly@elslaw.com |
| 52 | F. Gerald Maples P.A.<br>902 Julia Street<br>New Orleans , LA 70113<br>504-569-8732<br>cduvio@litigationprojects.com |
| 53 | McMurtray & Armistad P.A.<br>500 East Capital Street<br>Jackson, MS 39201<br>601-969-9999<br>pmcmurtray@ma-ms.com |
| 54 | The George E. Cire, Jr. Law Firm<br>6363 Woodway, Suite 600<br>Houston, Texas 77057<br>713-532-6206<br>paralegal@pletchercire.com |
| 55 | Goldberg, Persky & White, P.C.<br>1030 Fifth Ave, 3rd Floor<br>Pittsburgh, PA 15219<br>412-471-3980<br>ppaladino@gpwlaw.com |
| 56 | Goldenberg Miller Heller & Antognoli P.C.<br>2227 South State Route 157<br>Edwardsville, Illinois 62025<br>618-656-5150<br>randy@ghalaw.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 57 | Hobin Shingler & Simon, LLP<br>1011 "A" Street<br>Antioch, CA 94509<br>925-757-7585<br>ron@hslaw.net |
| 58 | Howard, Brenner & Nass, P.C.<br>1608 Walnut Street, Suite 1700<br>Philadelphia, PA 19103<br>877-237-9597<br>dbrenner@hbnpclaw.com |
| 59 | Jacobs & Crumplar, P.A.<br>2 E 7th St., Suite 400<br>Wilmington, DE 19801-3707<br>302-656-5445<br>bob@jandclaw.com<br>stephanie@jandclaw.com |
| 60 | Jones, Martin, Parris & Tessener<br>The Creamery<br>410 Glenwood Avenue, Suite 200<br>Raleigh, North Carolina 27603<br>919-821-0005<br>jmr@m-j.com |
| 61 | Kazan, McClain, Abrams, Fernandez, Lyons & Farrise, P.C.<br>171 Twelfth Street, Third Floor<br>Oakland, CA 94607<br>510-302-1000<br>skazan@kazanlaw.com |
| 62 | The Lanier Law Firm<br>6810 FM 1960 West<br>Houston, Texas 77069<br>713-659-5200<br>pnh@lanier.com |
| 63 | Lauding George Rutherford & Sipes<br>151 North Delaware Street, Suite 1700<br>Indianapolis, Indiana 46204<br>317-637-6071<br>kf@lgrslaw.com<br>km@lgrslaw.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 64 | The Law Office of G. Patterson Keahey P.C.<br>One Independence Plaza, Suite 612<br>Birmingham, Alabama 35209<br>205-871-0707<br>info@mesohelp.com |
| 65 | The Law Office of Jeffrey A. Varas<br>119 Caldwell Drive<br>Hazlehurst, MS 39083<br>601-894-4088<br>varasj@bellsouth.net |
| 66 | The Law Office of Stephen L. Shackleford<br>3010 Lakeland Cove, Suite P<br>Flowood, MS 39232<br>601-936-9939<br>steve@stephenshackelford.com |
| 67 | The Law Office of Trine & Metcalf, P.C.<br>1435 Arapahoe Avenue<br>Boulder, Colorado 80302<br>303-442-0173<br>jcmetcalf@trine-metcalf.com |
| 68 | The Law Offices of Christopher Grell<br>The Broadlake Plaza<br>360 22nd Street, Suite 320<br>Oakland, CA 94612<br>510-832-2980<br>grelllaw@yahoo.com |
| 69 | The Law Offices of Peter G. Angelos<br>One Charles Center<br>100 N. Charles St.<br>Baltimore, MD 21201-3804<br>800-556-5522<br>pmathany@lawpga.com |

| **All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160)** | **Represented By** |
|---|---|
| 70 | Louis H. Watson, Jr., P.A.<br>520 East Capitol Street<br>Jackson, Mississippi 39201-2703<br>602-968-0000<br>louis@louiswatson.com<br><br>Eaves Law Firm<br>101 North State Street<br>Jackson, Mississippi 39201<br>601-355-0530<br>shana@eaveslaw.com |
| 71 | Lundy & Davis 501 Broad Street<br>Lake Charles, LA 70601<br>337-439-0707<br>canderson@lundydavis.com<br>jsouth@lundydavis.com |
| 72 | Maples & Lomax, P.A.<br>2502 Market Street<br>Post Office Drawer 13968<br>Pascagoula, MS 39568-1368<br>228-762-3161<br>mlscott@cableone.net |
| 73 | Mazur & Kittel, PLLC<br>30665 Northwestern Highway, Suite 175<br>Farmington Hills, Michigan 48334<br>800-990-6380<br>jkittel@mazur-kittel.com |
| 74 | Michael B. Serling, P.C.<br>280 North Old Woodward Ave., Suite 406<br>Birmingham, MI 48009<br>248-647-6966<br>mserling@aol.com |
| 75 | Michie Hamlett Lowry Rasmussen & Tweel, PLLC<br>P.O. Box 298<br>Charlottesville, VA 22902<br>434-951-7200<br>gkendall@mhlrt.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 76 | Morris, Sakalarios & Blackwell<br>1817 Hardy Street<br>Hattiesburg, MS 39401<br>601-544-3343<br>ssims@morris-sakalarios.com |
| 77 | Norris & Phelps, PLLC<br>101 Ferguson Street<br>PO Box 8<br>Hattiesburg, MS 39403<br>601-545-2011<br>lnorris418@aol.com |
| 78 | Paul Reich & Myers<br>1608 Walnut Street, Suite 500<br>Philadelphia, PA 19103<br>215-735-9200<br>rpaul@prmpclaw.com |
| 79 | Pierce, Raimond & Coulter, P.C.<br>2500 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>800-543-9859<br>rpiercejr@piercelaw.com |
| 80 | The Law Offices of Robert A. Pritchard<br>934 Jackson Ave<br>Pascagoula, MS 39567<br>228-762-8877<br>katiejacks01@bellsouth.net<br>mikecunningham07@bellsouth.net |
| 81 | The Provost & Umphrey Law Firm, LLP<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>888-835-6009<br>cmoore@provostumphrey.com<br>trivette@provostumphrey.com |

500209860v1

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 82 | Richardson, Patrick, Westbrook & Brickman, LLC<br>1730 Jackson Street<br>Barnwell, SC 29812<br>803-541-7850<br>dbutler@rpwb.com |
| 83 | The Shein Law Center<br>121 South Broad St., 21st Floor<br>Philadelphia, PA 19107<br>215-735-6677<br>bshein@sheinlaw.com |
| 84 | The Masters Law Firm LC<br>181 Summers Street<br>Charleston, West Virginia 25301<br>800-342-3106<br>cml@TheMastersLawFirm.com |
| 85 | The Parron Parrish Law Firm<br>404 East First Street<br>Arlington, TX 76010-1643<br>817-459-4459<br>aread@sbcglobal.net<br>parronfirm@sbcglobal.net |
| 86 | Thornton & Naumes, LLP<br>100 Summer Street, 30th Floor<br>Boston, MA 02110<br>617-720-1333<br>mthornton@tenlaw.com |
| 87 | Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury NC 28144<br>704-633-5244<br>bgraham@wallacegraham.com |
| 88 | Waters & Kraus, LLP<br>3219 McKinney Avenue, Suite 3000 Dallas, TX 75204<br>214-357-6244<br>twhetstone@waterskraus.com |

| All Defendants Listed on the Following Exhibit Nos., Attached to the Third Amended Complaint (ECF Doc No. 160) | Represented By |
|---|---|
| 89 | Wellborn Houston, LLP<br>300 West Main Street<br>PO Box 2200<br>Henderson, TX 75653-11109<br>903-657-8544<br>ps@sadlertx.com<br>ag@sadlertx.com |
| 90 | Wilentz, Goldman & Spitzer, PC<br>90 Woodbridge Center Drive, Suite 900<br>Box 10<br>Woodbridge, NJ 07095-0958<br>732-636-8000<br>dpacheco@wilentz.com |
| 91 | Wm. Roberts Wilson, Jr., P.A.<br>213 Katherine Drive<br>PO Box 321414<br>Flowood, MS 39232<br>601-948-1111<br>natashamitchell@lawyersouth.com |
| 92 | The Coady Law Firm<br>205 Portland Street<br>Boston, MA 02114<br>617-742-9510<br>duffy@coadylaw.com |