IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br>Case No. 03-51524 (KCF)<br>Jointly Administered |
| CONGOLEUM CORPORATION,<br>Debtor-in-Possession,<br><br>                    Plaintiff,<br>   v.<br><br>ARTHUR J. PERGAMENT, as the Collateral Trustee of the Collateral Trust, et al.,<br><br>                  Defendants. | Adversary No. 05-06245 |
| CONGOLEUM CORPORATION, et al.,<br><br>                  Appellants,<br>   v.<br><br>ARTHUR J. PERGAMENT, et al.,<br><br>                  Appellees, | Civil Case No. 3:08-cv-01150-FLW<br>Civil Case No. 3:08-cv-01151-FLW<br><br>**Motion Day:  August 18, 2008** |

## MOTION TO DISMISS APPEAL

Now come, through their counsel as set forth hereinbelow, Arthur J. Pergament, as Collateral Trustee ("<u>Pergament</u>"), and the defendants (the "<u>Asbestos Claimants</u>") listed on Exhibits 3, 5, 8, 10, 12, 13, 19, 22, 30, 32, 39, 41, 49, 51, 61, 64, 69, 76, 77, 81, 83, 86, 88, and 90 to the Third Amended

Complaint to Avoid Pre-Petition Liens, to Avoid and Recover Preferential Transfers of Property and Fraudulent Transfers of Property Pursuant to 11 U.S.C. §§ 544, 547, 548, 549, and 550, and to Disallow Claims Because they are Non-Recourse to the Debtors, Because Agreements Have Been Frustrated, and Pursuant to 11 U.S.C. § 502(d) and 510(c) (the "Complaint") filed in the above-captioned adversary proceeding (the "Adversary Proceeding") by Congoleum Corporation (" "Debtor"), which exhibits are incorporated herein.[1]  (Pergament and the Asbestos Claimants are referred to herein collectively as "Certain Defendants.").

---

[1] The Asbestos Claimants are the individuals represented by the law firms of: (i) Belluck & Fox, LLP (Exhibit 3 to the Complaint); (ii) Brayton Purcell, LLP (Exhibit 5); (iii) Cooney & Conway (Exhibit 8); (iv) David M. Lipman, L.P. (Exhibit 10); (v) Heard, Robins, Cloud & Lubel, LLP (Exhibit 12); (vi) Hissey, Kientz, & Herron, PLLC (Exhibit 13); (vii) Motley Rice, LLC (Exhibit 19); (viii) Paul & Hanley, LLP (f/k/a Paul, Hanley & Harley, LLP) (Exhibit 22); (ix) SimmonsCooper, LLC (Exhibit 30); (x) Weitz & Luxenberg, P.C. (Exhibit 32); (xi) Baron & Budd, P.C. (Exhibit 39); (xii) Brent Coon & Associates (Exhibit 41); (xiii) The David Law Firm (Exhibit 49); (xiv) Early, Ludwick, Sweeny & Strauss (Exhibit 51); (xv) Kazan, McClain, Abrams, Fernandez, Lyons, & Farrise, PC (Exhibit 61); (xvi) The Law Office of G. Patterson Keahey, P.C. (Exhibit 64); (xvii) The Law Offices of Peter G. Angelos (Exhibit 69); (xviii) Morris, Sakalarios & Blackwell (Exhibit 76); (xix) Norris & Phelps, PLLC (Exhibit 77); (xx) Provost & Umphrey Law Firm, LLP (Exhibit 81); (xxi) The Shein Law Center (Exhibit 83); (xxii) Thornton & Naumes, LLP, (Exhibit 86); (xxiii) Waters & Kraus, LLP (Exhibit 88); and (xxiv) Wilentz, Goldman & Spitzer, PC (Exhibit 90).

1. Defendants respectfully move to dismiss this appeal[2] because the order appealed from is not a final order. Accordingly, this Court lacks jurisdiction to hear the appeal.

2. The order at issue in this appeal adjudicates only four (4) claims for relief in a bankruptcy adversary proceeding wherein only eight (8) of twenty (20) separate claims for relief have been adjudicated. In fact, the litigation is currently ongoing and the Plaintiffs have recently moved to amend their complaint again to add more claims for relief, which would leave thirteen (13) un-adjudicated claims for relief.

3. This Court's appellate jurisdiction is limited to consideration of only final orders and orders for which permission to appeal has been obtained. 28 U.S.C. § 158(a). Neither situation is present here, and this appeal should therefore be dismissed.

4. In support of this motion Certain Defendants have filed a separate brief and the Declaration of Van J. Hooker, both of which are incorporated fully herein by this reference.

---

[2] Two separate appeals from the same order have been filed in this Court, but have not yet been consolidated. One appeal was filed by Congoleum Corp, the Debtor in the underlying bankruptcy case (*see* Civil Case No. 3:08-cv-01151-FLW) and the other was filed by the Official Committee of Bondholders (*see* Civil Case No. 3:08-cv-01150-FLW). Consequently, this motion to dismiss is being filed in both appeals. The Debtor and the Official Committee of Bondholders (the "Bondholders Committee") are plaintiffs in the underlying Adversary Proceeding, and are referred to herein jointly as "Plaintiffs."

WHEREFORE, Certain Defendants pray that this appeal be dismissed and for such other and further relief to which they may be entitled.

Dated:  July 23, 2008

Respectfully submitted,

**LEVITT & SLAFKES, PC**

By:  /s/ Bruce H. Levitt
Bruce H. Levitt (BL 9302)
76 South Orange Avenue, Suite 305
South Orange, NJ  07079
tel (973) 313-1200
fax (973) 313-1240

and

Sander L. Esserman (Admitted pro hac vice)
Van J. Hooker (Admitted pro hac vice)
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900 – Phone
(214) 969-4999 – Fax

**Counsel to Arthur J. Pergament, Collateral Trustee, and firms representing Asbestos Claimants**

**Counsel to the Asbestos Claimants represented by their firms:**

**Belluck & Fox, LLP**
295 Madison Ave, 37th Floor
New York, New York 10017

**Brayton Purcell, LLP**
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948

**David M. Lipman, PA**

5901 S.W. 74th Street, Suite 304
Miami, FL. 33143

**Heard, Robbins, Cloud, Lubel, LLP**
500 Dallas Suite 3100
Houston, Texas 77002

**Hissey, Kientz & Herron, PLLC**
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

**Motley Rice, LLC**
Post Office Box 1792
Mount Pleasant, SC 29465

**SimmonsCooper, LLC**
209 South LaSalle
Suite 701
Chicago, IL 60604

**Weitz & Luxenberg PC**
180 Maiden Lane
17th Floor
New York, NY 10038

**Baron & Budd PC**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

**Brent Coon & Associates**
3550 Fannin
Beaumont, TX 77701

**Early, Ludwick, Sweeney & Strauss**
360 Lexington Ave., 20th Floor
New York, NY  10017

**Kazan McClain Abrams**
**Fernandez Lyons & Farrise PC**
171 Twelfth Street
Third Floor
Oakland, CA 94607

**The Law Offices of Peter Angelos**
One Charles Center
100 N. Charles St.
Baltimore, MD 21201-3804

**Morris Sakalarios & Blackwell**
1817 Hardy Street
Hattiesburg, MS 39401

**The Provost Umphrey Law Firm LLP**
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

**The Shein Law Center**
121 South Broad St., 21st Floor
Philadelphia, PA 19107

**Thornton & Naumes, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110

**Waters & Kraus LLP**
3219 McKinney Avenue
Dallas, Texas 75204

**Cooney & Conway**
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

**Paul & Hanley, LLP**
1608 Fourth Street, Suite 300
Berkeley, CA 94710

**SimmonsCooper, LLC**
707 Berkshire Blvd.
East Alton, Illinois 62024

**The David Law Firm, PC**
10655 Six Pines Drive, #260
The Woodlands, Texas 77380

**The Law Offices of G. Patterson Keahey**
One Independence Plaza

Suite 612
Birmingham, Alabama 35209

**Norris & Phelps, PLLC**
101 Ferguson St.
Hattiesburg, Mississippi 39401

-7-

## Proof of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Dismiss Appeal and all documents in support thereof, was served as noted below, upon the following parties on this the 23rd day of July, 2008.

/s/ Bruce H. Levitt
Bruce H. Levitt

VIA FEDEX

James R. Savin
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Co-Counsel to the Official Committee
of Bondholders of Congoleum Corp., et al.

Michael A. Zindler
Teich Groh
691 State Highway 33
Trenton, New Jersey 08619-4492
Co-Counsel to the Official Committee
of Bondholders of Congoleum Corp., et al.

Kerry A. Brennan
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Co-Counsel to the Debtors

Gregory A. Kinoian
Okin, Hollander & DeLuca, LLP
Parker Plaza 400 Kelby Street
Fort Lee, New Jersey 07024
Co-Counsel to the Debtors

Nancy Isaacson
Goldstein Issacson, PC
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081
Co-Counsel to the Unsecured
Asbestos Claimants Committee

-9-

>Ronald Reinsel
>Caplin & Drysdale, Chtd.
>One Thomas Circle, N.W.
>Washington, DC 20005
>Co-Counsel to the Unsecured
>Asbestos Claimants Committee

VIA EMAIL

Avoidance Action Email Service List (which includes the law firms identified in the Third Amended Complaint in Adv. No. 05-06245 as representing the asbestos personal injury defendants identified on Exhibits 1 to 91 attached to the Third Amended Complaint)

Master Email Service List (which includes those counsel to various parties in the Chapter 11 case who agreed to accept service by email pursuant to that certain administrative order entered on September 6, 2005 in Case No. 03-51524)