### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CONGOLEUM CORPORATION, et al.,<br><br>             Debtors. | Chapter 11<br>Case No. 03-51524 (KCF)<br>Jointly Administered |
| CONGOLEUM CORPORATION,<br>Debtor-in-Possession,<br><br>             Plaintiff,<br><br>v.<br><br>ARTHUR J. PERGAMENT, as the Collateral<br>Trustee of the Collateral Trust, et al.,<br>             Defendants. | Adversary No. 05-06245<br><br> |
| CONGOLEUM CORPORATION, et al.,<br><br>             Appellants,<br><br>v.<br><br>ARTHUR J. PERGAMENT, et al.,<br><br>             Appellees, | Civil Case No. 3:08-cv-01150-FLW<br>Civil Case No. 3:08-cv-01151-FLW<br><br>Freda L. Wolfson<br>U.S.D.J |

### STIPULATION AND AGREEMENT TO EXTEND DEADLINES TO FILE REPLIES TO THE RESPONSES TO THE MOTIONS TO DISMISS AND TO OTHERWISE SUSPEND ANY DEADLINES WITH RESPECT TO THESE APPEALS

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the

parties to the above captioned appeals that (i) the deadline for filing replies to the

Responses to the Motions to Dismiss filed in the Appeals be stayed and extended until

seven (7) days after any party hereto notifies the Court that it desires that the appeals

shall proceed; and (ii) any other deadlines with respect to these appeals are similarly

suspended. During the pendency of these stays, this court shall not enter orders disposing

of the Motions to Dismiss.

**Dated: August 8, 2008**

By: /s/ Gregory S. Kinoian
Gregory S. Kinoian (GK-7386)
Paul S. Hollander (PH-2861)
OKIN, HOLLANDER & DeLUCA, L.L.P.
One Parker Plaza
Fort Lee, New Jersey 07024
(201) 947-7500

and

Kerry A. Brennan
Richard L. Epling
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1540 Broadway
New York, NY 10036
(212) 858-1000

*Attorneys for Congoleum Corporation, et al.,*
*Debtors and Debtors-in-Possession*

By: /s/ Michael Zindler
Michael A. Zindler
TEICH GROH
691 State Highway 33
Trenton, NJ 08619

and

Michael S. Stamer
AKIN GUMP STRAUSS HAUER & FELD LLP
590Madison Avenue
New York, NY 10022

James R. Savin
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., N.W.
Washington D.C. 20036

-2-

500255971v2

*Attorneys for the Official Committee of*
*Bondholders*

By: /s/ Nancy Isaacson
Nancy Isaacson
Goldstein Isaacson, PC
100 Morris Avenue, 3rd Floor
Springfield, New Jersey 07081

and

Ronald Reinsel
Caplin & Drysdale, Chtd.
One Thomas Circle, N.W.
Washington, DC 20005
Co-Counsel to the Unsecured
Asbestos Claimants Committee


By: /s/ Bruce H. Levitt
Bruce H. Levitt (BL 9302)
LEVITT & SLAFKES, PC
76 South Orange Avenue, Suite 305
South Orange, NJ  07079
tel (973) 313-1200
fax (973) 313-1240

and

Sander L. Esserman (Admitted pro hac vice)
Van J. Hooker (Admitted pro hac vice)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900 – Phone
(214) 969-4999 – Fax

*Counsel to Arthur J. Pergament, Collateral Trustee*
*and firms representing Asbestos Claimants*

*Counsel to the Asbestos Claimants*
*represented by their firms:*

**Belluck & Fox, LLP**
295 Madison Ave, 37th Floor
New York, New York 10017

-3-

Case 3:08-cv-01151-FLW    Document 11-2    Filed 08/08/2008    Page 4 of 6

**Brayton Purcell, LLP**
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948

**David M. Lipman, PA**
5901 S.W. 74th Street, Suite 304
Miami, FL. 33143

**Heard, Robbins, Cloud, Lubel, LLP**
500 Dallas Suite 3100
Houston, Texas 77002

**Hissey, Kientz & Herron, PLLC**
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

**Motley Rice, LLC**
Post Office Box 1792
Mount Pleasant, SC 29465

**SimmonsCooper, LLC**
209 South LaSalle
Suite 701
Chicago, IL 60604

**Weitz & Luxenberg PC**
180 Maiden Lane
17th Floor
New York, NY 10038

**Baron & Budd PC**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219

**Brent Coon & Associates**
3550 Fannin
Beaumont, TX 77701

**Early, Ludwick, Sweeney & Strauss**
360 Lexington Ave., 20th Floor
New York, NY 10017

500255971v2

**Kazan McClain Abrams**
**Fernandez Lyons & Farrise PC**
171 Twelfth Street
Third Floor
Oakland, CA 94607

**The Law Offices of Peter Angelos**
One Charles Center
100 N. Charles St.
Baltimore, MD 21201-3804

**Morris Sakalarios & Blackwell**
1817 Hardy Street
Hattiesburg, MS 39401

**The Provost Umphrey Law Firm LLP**
490 Park Street
P.O. Box 4905
Beaumont, TX 77704

**The Shein Law Center**
121 South Broad St., 21st Floor
Philadelphia, PA 19107

**Thornton & Naumes, LLP**
100 Summer Street, 30th Floor
Boston, MA 02110

**Waters & Kraus LLP**
3219 McKinney Avenue
Dallas, Texas 75204

**Cooney & Conway**
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602

**Paul & Hanley, LLP**
1608 Fourth Street, Suite 300
Berkeley, CA 94710

**SimmonsCooper, LLC**
707 Berkshire Blvd.
East Alton, Illinois 62024

500255971v2

**The David Law Firm, PC**
10655 Six Pines Drive, #260
The Woodlands, Texas 77380

**The Law Offices of G. Patterson Keahey**
One Independence Plaza
Suite 612
Birmingham, Alabama 35209

**Norris & Phelps, PLLC**
101 Ferguson St.
Hattiesburg, Mississippi 39401


SO ORDERED:

_____
United States District Judge
Dated: August ⫫, 2008

500255971v2